# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Stephen J. Stolarski,<br>aka Stephen Joseph Stolarski, | Chapter     7 |
| **Debtor 1** | Case No.     5:25−bk−02769−MJC |

Social Security No.:

          xxx−xx−8873

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### Jill E. Durkin

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  February 27, 2026

**fnldec** (01/22)